## UNITED STATES POSTAL SERVICE *v.* NATIONAL ASSOCIATION OF LETTER CARRIERS, AFL–CIO

No. 87–59.   Argued April 20, 1988—Decided April 27, 1988

*Glen D. Nager* argued the cause for petitioner.   With him on the briefs were *Solicitor General Fried, Assistant Attorney General Willard, Deputy Solicitor General Wallace, William Kanter,* and *Marc Richman.*

*Keith E. Secular* argued the cause and filed a brief for respondent.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Briefs of *amici curiae* urging affirmance were filed for the American Federation of Labor and Congress of Industrial Organizations by *David M. Silberman* and *Laurence Gold;* and for the National Council on Compulsive Gambling, Inc., by *Albert B. Lewis.*